Case 4:22-cv-01238-MWB-MP   Document 9   Filed 09/07/22   Page 1 of 3

FILED
WILLIAMSPORT
PER
SEP 07 2022
DEPUTY CLERK

In The United States District Court
For The Middle District of Pennsylvania

Michael Nelson, . Motion Ordereding Ms. D. Varner/ Ms Keri Moore and
    Plaintiff   . Ms. J. Mahally to testify
    v.   . Civil Action 4:22-cv-1238
Mroczka,
    Defendant .

   The Pennsylvania Department of Corrections Code of Ethics B. Specific Rules and Regulations - Department of Corrections number 17. "Employees shall not testify in any Civil Case in which the Department of Corrections may have an interest without informing the Secretary, unless under Court order." I am requesting that Ms. D. Varner or Ms. Keri Moore as well as Ms. J. Mahally as expert witnesse of the DC-ADM 804, Inmate Grievance System Procedures Manual, and what happens when an inmate files an untimely Grievance and what is the diefinition of timely and untimely when it comes to the DC-ADM 804 policy.

   Ms. J. Mahally can answer from an Institutional level and Ms. D. Varner or Ms. Moore can answ answer from State wide level.

   Because of the Pennsylvania Department of Corrections Code of Ethics Im humbly requesting that this Honorable Court orders these witnesse to testify in this matter.

              Brief In Support of Motion

These witnesses know and understand the DC-ADM 804, Inmate Grievance System Procedures Manual better then anyone because this is what they deal with.

                                      Respectfully Submitted

Certificate of Service

I, Michael Nelson # HD4512, a Pro Se Plaintiff within the Pennsylvania Department of Corrections caused to be served a true and correct copy of the enclosed motion to ~~se~~ be served upon the Clerk of Courts on 9/7/2022.

Mr. Michael Nelson # HD4512
501 Morea Road
Frackville, PA 17932

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE
quadient
FIRST-CLASS MAIL
$000.57°
09/02/2022 ZIP 17932
043M31230995

Clerk of Courts
U.S. Courthouse
240 West Thrid Street, Suite 218
Williamsport, PA 17701-6465

17701354650

RECEIVED
WILLIAMSPORT
SEP 07 2022
PER _____ DEPUTY CLERK