FILED
WILLIAMSPORT
PER
SEP 07 2022
DEPUTY CLERK

In The United States District Court
For The Middle District of Pennsylvania

Michael Nelson,      Motion Requesting an Adverse Inference for failure to
   Plaintiff          Preserved Requested Video Footage

   v.

Mroczka,           Civil Action No. 4:22-cv-1238
   Defendant

   On Sunday August 21, 2022 Psychologist Ms. Magnoirmara (May not be spelled correctly) made her rounds on H-Block A-Pod at between 9:20am - 9:40am. Plaintiff Nelson wrote (C.S.A) Ms. J. Mahally the same day and requested that the video footage of be preserved as Evidence in Civil Action Nelson v. Mroczka, 4:22-cv-1238 before this Honorable Court.

   In less then (72) hours (C.S.A) Ms. J. Mahally sent me a response to my written request for the 8/21/2022 (9:20am - 9:40 am) video footage of H-Block A-Pod to be preserved, clearly stating "video is no longer available" (see Exhibit M) of this motion.

   The request for this video footage was filed in a timely manner (same day) so this video footage should've been available. In this video footage Psychologist Ms. Magnoirmara verbally admitts that all threats of suicide have to be taken seriously by Institutional/Correctional staffers because at the time the Thrates of Suicide are made its a Serious Mental need. And no Psychologist should ever encourage any inmate to committ suicide because to do so is negligence because its a Serious Mental need.

   By the written admission of a Prison Official (C.S.A. Ms. J. Mahally) the video footage was not preserved, because it was unable (see Exhibit M) of this motion. Because this video footage was not preserved/unable

do to no fault of the Plaintiff, an Adverse Inference should be ruled stating: "That Plaintiff Nelson's requesting that Psychologist Magnoirmara admission" that all of Suicide are to be taken as seriously and constitute a serious mental Health need at the time. As well as for a Psychologist to encourage an inmate to comitt suicide is negligence" Constitute's an expert witness statement because she herself is a Psychologist

   Brief In Support of Motion

It is clear that Plaintiff Nelson requested that this video footage be presereved in a timely manner and the Institution for reasons that weren't/ had anything do do with Plaintiff Nelson were unable/failed to preserved the requested video, and Plaintiff Nelson submitted a written admission to this claim.

   Memorundum of law

1. Easley v. Tritt, et. al., 1:17-cv-930
2. William Victor v. Lawler, et. al., 3:18-cv-3174
3. Tejada v. Del Balso, 3:18-cv-01096

         Respectfully Submitted

Exhibit A

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms. J. Mahally | 2. Date:<br>8/21/22 |
| 3. By: (Print Inmate Name and Number)<br>Michael Nelson, HD4512<br><br>_____<br>Inmate Signature | 4. Counselor's Name:<br>Mr. C.<br>5. Unit Manager's Name:<br>Mr. Kellner |
| 6. Work Assignment:<br>None | 7. Housing Assignment:<br>H-A-16 |

8. Subject: State your request completely but briefly. Give details.

I am requesting the video of H·Block A·Pod on Sunday August 21, 2021 from 9:20 AM - 9:40 AM be perserved of as Evidence in Civil Action Nelson v. Mroczka, No. 4:22-cv-1238, before the United States District Court for the Middle District of Pennsylvania (Williamsport). I am also requesting the correct spelling of the name of the Psychologist in the video footage making here her rounds.

Thank You!

9. Response: (This Section for Staff Response Only)

Video is no longer available for 8-21-21.

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print      _JMahally_ Signature     DATE 8-23-22

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*        **Attachment 3-A**

Certificate of Service

I, Michael Nelson #HD4512, a Pro Se Plaintiff within the Pennsylvania Department of Corrections caused to be served a true and correct copy of the enclosed motion upon the Clerk of Courts on 9/1/2022 via of First Class Postage

## Order of the Court

It is the Order of this Court that an Adverse Inference is ordered because SCI-Mahanoy by its own admission failed to preserved the requested video footage because it was unavailable. So the Court will accepted Psychologist Magnoirmara admission as true and correct as stated in this motion, meet the standard for expert witness statement for negligence and Serious Mental need.

In The

Mr. Michael Nelson # HD4512
301 Morea Road
Frackville, PA 17932

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI $000.57°
09/02/2022 ZIP 17932
043M31230995

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk of Court
U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701-6460

RECEIVED
WILLIAMSPORT

SEP 07 2022

PER _____ DEPUTY CLERK

17701864560