FILED
WILLIAMSPORT
SEP 07 2022
PER ___
DEPUTY CLERK

In The United United States District
For The Middle District of Pennsylvania

Michael Nelson,           . Motion For Judgment Due To Procedural Default
    Plaintiff             . Civil Action No. 4:22-cv-1238
    v.                    .
Mroczka,                  .
    Defendant             .

On August 9, 2022 Plaintiff Nelson filed Civil Action No. 4:22-cv-1238 (Nelson v. Mroczka), in his Civil Complaint Plaintiff Nelson submitted Exhibits A, B and C. (Exhibit A) is the orginial filing of Grievance number 979996, (Exhibit B) is a copy of the Initial Level Extension of Grievance number 979996 and (Exhibit C) is a response to Grievance number 986158 which is a written admission by way a Pennsylvania Department of Corrections Official Document that response the Grievance number 979996, was untimely by Facility Grievance Coordinator (CSA) J Mahally.

It has already been Established in the Thrid Circuit that a response to a grievance in a untimely manner, Constitutes a Procedural Default (see Hm McKinney v. Kelchner, 1:05-cv-0205)(3d Cir.). Plaintiff Nelson has given this Honorable Court a written admission that Grievance number 979996, was responded to in a untimely manner. So because of this Procedural Default any Defense from the Defendant must be taken as moot and judgment entered for the Plaintiff and all requested relief granted.

                                        Respectfully Sumbitted

Brief In Support of Motion For Judgment due to Procedural Default

By a written admission from the Facility Grievance Coordinator the Grievance response to Grievance number 979992, was untimely amounting to a Procedural Default. This has already been Established in this Thrid Circuit. For this reason Plaintiff Nelson should be granted all requested Relief.

§ Certificate of Service

I, Michael Nelson HD4512, a Pro Se Plaintiff within the Pennsylvania Department of Corrections hereby Cause to be served a true and Correct copy of this Motion For Judgment due to Procedural Default on 9/1/2022 to the Clerk of Courts at 240 West Thrid Street, Suite 218 Williamsport, PA 17701-6460.



# Initial Level Extension

SCI Mahanoy
301 Grey Line Dr
Frackville, PA, 17931-0001

06/03/2022 01:05

| | | | |
|---|---|---|---|
| **Inmate Name:** | NELSON, MICHAEL | **DOC #:** | HD4512 |
| **Facility:** | Mahanoy | **Unit Location:** | H / C |
| **Grievance #:** | 979996 | | |

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification provides notice that staff requires an extension for responding to your grievance.

### Action:

**Notice of Staff Extension** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days.

### Comments:

Additional time is needed to investigate your grievance.

Signature:
Name: J Mahally
Title: Facility Grievance Coordinator
Date: 6-3-22

cc: Facility Grievance Coordinator
DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

Section 1 - Grievances & Initial Review, Attachment 1-E          Issued: 1/26/2016  Effective: 2/16/2016

HD4512     Grievance #:979996

NELSON, MICHAEL                                                                                 Page1 of 1



## Initial Review Response
SCI Mahanoy
301 Grey Line Drive
Frackville, PA, 17931-0001

07/14/2022 10:23

| | | | |
|---|---|---|---|
| **Inmate Name:** | NELSON, MICHAEL | **DOC #:** | HD4512 |
| **Facility:** | Mahanoy | **Unit Location:** | H / A |
| **Grievance #:** | 986158 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

### Decision: Uphold In Part/Deny In Part

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

### Response:

I am in receipt of your grievance 986158 in which you state you have not received an initial response to grievance 979996. You claim the response is untimely and is hindering your ability to appeal.

Upon review of all information, it is noted that grievance 979996 was received on 5/12/22. Given the 15 working days to respond, the grievance response was due by 6/17/22. However, the initial response was not completed until 6/21/22, which is beyond the 15 working day timeframe. Although the grievance was not answered timely, it will not interfere with your appeal rights. A copy of the grievance response is attached. You will be granted 15 working days from today, 7/14/22, to file your appeal.

Your grievance is upheld in part as the grievance was not answered timely, but denied in part as it will not prevent you from appealing the response.

**Signature:** *J. Mahally*
**Name:** J. Mahally
**Title:** CSA
**Approver:** F. Walter
**Date:** 7-14-22

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D        Issued: 1/26/2016  Effective: 2/16/2016

HD4512    Grievance #:986158

NELSON, MICHAEL                                                                Page1 of 1



# Initial Review Response

SCI Mahanoy
301 Grey Line Drive
Frackville, PA, 17931-0001

07/06/2022 08:29

| Inmate Name: | NELSON, MICHAEL | DOC #: | HD4512 |
|---|---|---|---|
| Facility: | Mahanoy | Unit Location: | H / A |
| Grievance #: | 979996 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

Mr. Nelson,

Your allegations against PSS Mroczka dated 5/9/2022 has been investigated. Ms. Mroczka was interviewed on 5/17/22 regarding your report that she stated "go right ahead and kill yourself". Mr. Mroczka vehemently denies this allegation. We were not able to find any other witnesses to this matter outside of yourself and Ms. Mroczka. This comes down to one persons word against the other and therefore cannot be proven. The reviewing of video footage is a moot point as the recordings do not include audio. Your grievance is denied.

**Signature:**

**Name:** J. Chuma

**Title:**

**Approver:** J. Mahally

**Date:** 6-21-22

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D          Issued: 1/26/2016  Effective: 2/16/2016

HD4512    Grievance #: 979996

NELSON, MICHAEL                                                                                   Page 1 of 1

Mr. Michael Nelson HD4612
301 Morea Road
Frackville, PA 17932

INMATE MAIL
PA DEPT OF CORRECTIONS

Clerk of Court
U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701-6466

RECEIVED
WILLIAMSPORT
SEP 07 2022
PER _____ DEPUTY CLERK

US POSTAGE
quadient
FIRST-CLASS MAIL
$000.57
09/02/2022 ZIP 17932
043M31230995