**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL NELSON, | No. 4:22-CV-01238 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MROCZKA, | |
| Defendant. | |

## <u>ORDER</u>

**AND NOW**, this 8th day of September 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Mroczka's motion (Doc. 92) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Mroczka and against plaintiff Michael Nelson as to the single Section 1983 Eighth Amendment claim of deliberate indifference to serious medical needs.

3. Nelson's motion (Doc. 49) for summary judgment is **DENIED**.

4. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
Chief United States District Judge